FILED
2012 Jun-14  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JIHAD ACHOUATTE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **Civil Action Number** |
| ) | **4:11-CV-3977-VEH-JEO** |
| **ERIC HOLDER,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 5) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1]  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, Respondents' Motion to Dismiss (doc. 3) is due to be granted and this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

---

[1] The court notes that Petitioner failed to file any objections to the Magistrate Judge's Report and Recommendation.

**DONE** this the 14th day of June, 2012.

                                                         *[signature]*
                                                         **VIRGINIA EMERSON HOPKINS**
                                                         United States District Judge